THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT GARCIA, Appellant.

(Argued October 10, 1932; decided November 22, 1932.)

*A. Bruce Hopkins* and *Ira M. J. Hovey* for appellant.

*Raymond A. Knowles,* District Attorney (*Harry L. Gilrie* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LEHMAN, J.